**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ELENA ASTURIAS AND CARLOTA DEL PORTILLO,**<br><br>      **Plaintiffs,**<br><br>      v.<br><br>**NATIONSTAR MORTGAGE, LLC, VERIPRISE PROCESSING SOLUTIONS,** *et al.***,**<br><br>      **Defendants.** | **Case No.: 15-CV-3861 YGR**<br><br>**ORDER OF RECUSAL** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

      I hereby recuse myself from hearing or determining any matters which have been referred to me as District Judge in the above-entitled action. The Clerk of the Court shall reassign the action to another judicial officer/District Judge.

      All pending dates are hereby vacated and will be reset by the newly assigned judicial officer/judge.

      **IT IS SO ORDERED**.

**Date: December 2, 2015**

                                                  **YVONNE GONZALEZ ROGERS**
                                                  **UNITED STATES DISTRICT COURT JUDGE**