1  JOHN B. SULLIVAN (State Bar No. 96742)
   MARY KATE SULLIVAN (State Bar No. 180203)
2  KIMBERLY A. PAESE (State Bar No. 258594)
   kap@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
5  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
6
   Attorneys for Defendants
7  NATIONSTAR MORTGAGE LLC; and
   VERIPRISE PROCESSING SOLUTIONS LLC
8

9                UNITED STATES DISTRICT COURT

10       NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

11

12  ELENA ASTURIAS, an individual; &          Case No. 3:15-cv-03861-RS
    CARLOTA DEL PORTILLO, an individual,
13                                            [PROPOSED] ORDER GRANTING
                 Plaintiffs,                  STIPULATION TO EXTEND
14                                            DEFENDANTS' TIME TO RESPOND TO
         vs.                                  FIRST AMENDED COMPLAINT
15
    NATIONSTAR MORTGAGE, LLC;                 [Removed from Superior Court of the State of
16  VERIPRISE PROCESSING SOLUTIONS,           California in and for the County of San
    LLC; and DOES 1 through 20, inclusive,    Francisco Case No. CGC-15-546996]
17
                 Defendants.                  Action Filed:   July 22, 2016
18                                            Trial Date:     None Set

19

20

21

22

23

24

25

26

27

28

11951.0645/5881278.1                                                       3:15-cv-03861-RS

1     The Court, having received and reviewed the stipulation of plaintiffs Elena Asturias and
2 Carlota Del Portillo and defendants Nationstar Mortgage LLC and Veriprise Processing Solutions
3 LLC ("Defendants") to extend Defendants' time to respond to the First Amended Complaint, and
4 good cause appearing, hereby orders as follows:
5     Defendants shall have up to and until December 17, 2015 to file a response to the First
6 Amended Complaint.
7     **IT IS SO ORDERED.**

9 Dated: 12/4/15

Honorable Richard Seeborg