UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELENA ASTURIAS, et al.,

          Plaintiffs,

    v.

NATIONSTAR MORTGAGE LLC, et al.,

          Defendants.

Case No. 15-cv-03861-RS

**JUDGMENT**

On April 22, 2016, the Court granted defendants' motion to dismiss the Second Amended Complaint.  Pursuant to Federal Rule of Civil Procedure 58, the Court hereby enters judgment in favor of defendants and against plaintiffs.  The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: April 22, 2016

_____
RICHARD SEEBORG
United States District Judge